# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

130926 & (24) (30)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JASON JERMAINE MITCHELL,
        Defendant-Appellant.

SC:  130926
COA:  263708
Kent CC:  00-005835-FH

_____/

On order of the Court, the application for leave to appeal the February 3, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).  The motion to remand and the motion for resentencing are also considered, and they are DENIED.

I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

Clerk

s1023